UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JUL 0 8 2015

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL NO. |
| ALEJANDRO RAMIREZ, aka Fabian Rodriguez, aka Alejandro Ramirez-Rodriguez, | § § § § | 15CR369 |
| Defendant | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### Count One

On or about June 12, 2015, in the Houston Division of the Southern District of Texas,

**ALEJANDRO RAMIREZ,**
aka Fabian Rodriguez,
aka Alejandro Ramirez-Rodriguez,

defendant herein, an alien who previously had been denied admission, excluded, deported, and removed from the United States after having been convicted of an aggravated felony, knowingly and unlawfully was present in the United States when found in Houston, Texas, without having obtained consent before March 2003, from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003, from the Secretary of the Department of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557.

In violation of Title 8, United States Code, Sections 1326(a) and (b) (2).

A TRUE BILL:

Original Signature on File
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
United States Attorney

By: _____
HEATHER WINTER
Assistant United States Attorney